IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKE COUNTY GRAPEVINE NURSERY OPERATIONS LLC; LAKE COUNTY GRAPEVINE NURSERY LLC; ECKHARD KAESEKAMP and NEVADA VIEWPOINTE WEST, INC, <br><br> Plaintiffs, <br><br> v <br><br> AMERICAN NURSERY LLC; JOACHIN HOLLERITH and DOES 1-100, inclusive, <br><br> Defendants. | No   C 09-4877 VRW <br><br> ORDER |

The parties are directed to inform the court in writing not later than January 4, 2010 whether they consent to a referral of the case to Magistrate Judge Vadas pursuant to 28 USC § 636(c)(1).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge