United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAKE COUNTY GRAPEVINE NURSERY OPERATIONS LLC; LAKE COUNTY GRAPEVINE NURSERY LLC; ECKHARD KAESEKAMP and NEVADA VIEWPOINTE WEST, INC,<br><br>    Plaintiffs,<br><br>    v<br><br>AMERICAN NURSERY LLC; JOACHIN HOLLERITH and DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | No  C 09-4877 VRW<br><br>ORDER |

On June 7, 2010, defendants moved to vacate or dissolve the preliminary injunction issued on October 20, 2009 (Doc #25), alleging that plaintiffs now intend to move plaintiff companies into bankruptcy rather than proceed with arbitration under the parties' 2007 settlement agreement.  Doc #36.  Defendants also moved to shorten time on the motion to dissolve the injunction to ensure the court could hear the motion before plaintiff companies can enter bankruptcy or receivership.  Doc #37.

        **Plaintiffs are hereby ORDERED to SHOW CAUSE in writing on or before June 11, 2010 at 5 PM PDT why defendants' motion to shorten time should not be granted.  Failure to respond to this order may be deemed grounds to grant defendants the relief they seek.**

        **IT IS SO ORDERED.**

_____

**VAUGHN R WALKER**
**United States District Chief Judge**